HUNTER & KMIEC
Keenan D. Kmiec, Esq. (State Bar No. 237327)
kmiec@hunterkmiec.com
235 Main Street, Suite 224
Venice, California  90291
Tel:   (917) 859-7970
Fax:   (646) 462-3356

LAW OFFICES OF DAVID LOPEZ
David Lopez, Esq. (*pro hac vice to be filed*)
DavidLopezEsq@aol.com
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
Tel:   (631) 287-5520
Fax:   (631) 283-4735

Attorneys for Plaintiff
AARON RUBENSTEIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AARON RUBENSTEIN, | ECF CASE |
| Plaintiff, | No. 14-CV-9107 |
| – v. – | |
| DAVID E. SMITH; MMB HOLDINGS LLC; and MOJOBEAR CAPITAL LLC, | **COMPLAINT FOR RECOVERY OF SHORT-SWING PROFITS UNDER 15 U.S.C. § 78p(b)** |
| Defendants, | |
| – and – | |
| INDIEPUB ENTERTAINMENT, INC., | **JURY TRIAL DEMANDED** |
| Nominal Defendant. | |

1

Plaintiff AARON RUBENSTEIN, by his attorneys Keenan Kmiec, Esq. and David Lopez, Esq. (*pro hac vice to be filed*), complaining of the defendants, respectfully alleges the following upon information and belief, except as to paragraph 2, which plaintiff alleges on personal knowledge:

## JURISDICTION

1. This action arises under the provisions of Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. § 78p(b), and jurisdiction is conferred upon this court by Section 27 of the Act, 15 U.S.C. § 78aa.

## PARTIES AND VENUE

2. Plaintiff is a resident of the State of Rhode Island and is a security owner of INDIEPUB ENTERTAINMENT, INC., a Delaware Corporation with principal offices at 11258 Cornell Park Drive, Suite 608, Blue Ash, Ohio 45242.

3. At all times relevant the common stock of INDIEPUB ENTERTAINMENT, INC. was registered under Section 12(b) of the Act and was traded on the OTC Bulletin Board.

4. This action is brought in the right and for the benefit of INDIEPUB ENTERTAINMENT, INC. which is named as a nominal defendant solely in order to have all necessary parties before the court.

5. MMB HOLDINGS LLC is a Delaware limited liability company with offices c/o Coast Asset Management, LLC, 11150 Santa Monica Boulevard, Suite 1400, Los Angeles, California 90025.

6. MOJOBEAR CAPITAL LLC is a Delaware limited liability company with offices c/o Coast Asset Management, LLC, 11150 Santa Monica Boulevard, Suite 1400, Los Angeles, California 90025.

7. MOJOBEAR CAPITAL LLC is the managing member of MMB HOLDINGS LLC.

8. DAVID E. SMITH is a natural person with offices c/o Coast Asset Management, LLC, 11150 Santa Monica Boulevard, Suite 1400, Los Angeles California  90025.

9. DAVID E. SMITH is the sole member of MOJOBEAR CAPITAL LLC.

10. MMB HOLDINGS LLC, MOJOBEAR CAPITAL LLC and DAVID E. SMITH, to the extent of their respective pecuniary interests, at all times relevant were beneficial owners, directly or indirectly, of more ten percent of the common stock of INDIEPUB ENTERTAINMENT, INC. and beneficiaries of the short-swing profits to be described herein.

11. Venue is properly laid in this District pursuant to Section 27 of the Act because each of Defendants MMB HOLDINGS LLC, MOJOBEAR CAPITAL LLC and DAVID E. SMITH is found in and transacts business in this District.

## STATUTORY REQUISITES

12. The violations of Section 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by non-exempt persons within the meaning of the Act.

13. Demand for prosecution was made by plaintiff on INDIEPUB ENTERTAINMENT, INC. on November 3, 2014.  The two-year statute of limitations will expire with respect to many of the transactions at issue on November 27, 2014, at midnight.  Delay in the filing of suit will result in the extinguishment of meritorious claims and would be an empty and futile gesture.

14. This action is brought within two years of the occurrence of the violations to be described herein or within two years of the time when reports required by 15 U.S.C. § 78p(a) setting forth the substance of the transactions here complained of were first filed with the U.S. Securities and Exchange Commission.

## FIRST CLAIM FOR RELIEF

15. On March 9, 2012, MMB HOLDINGS LLC entered into a Loan and Security Agreement with INDIEPUB ENTERTAINMENT, INC. which provided, *inter alia*, that loans might be made by MMB HOLDINGS LLC to INDIEPUB ENTERTAINMENT, INC. from time to time and that MMB HOLDINGS LLC, at the time of each such advance would receive from INDIEPUB ENTERTAINMENT, INC. an option or warrant to purchase shares of the latter's common stock over a defined period and at a defined price.

16. The receipt by an insider of a right to acquire shares is deemed to be, for purposes of Section 16(b) of the Act and under U.S. Securities and Exchange Commission rules, to be the equivalent of the purchase of the shares underlying such right at the time of receipt whether or not such right is exercised, the purchase price being deemed to be the open market price of such shares at the time of receipt.

17. MMB HOLDINGS LLC and, through their relationships to it, the other defendants to the extent of their pecuniary interest, are deemed to have made the following purchases of INDIEPUB ENTERTAINMENT, INC. common stock at prices within the ranges shown on the following page:

[*Remainder of page intentionally left blank.*]

| | Date | # of Shares | Open | High | Low | Close |
|---|---|---|---|---|---|---|
| 3 | 07/23/12 | 25,000 | $0.50 | $0.50 | $0.47 | $0.47 |
| 4 | 08/13/12 | 1,312,500 | $0.55 | $0.55 | $0.55 | $0.55 |
| 5 | 08/13/12 | 150,000 | $0.41 | $0.41 | $0.41 | $0.41 |
| 6 | 08/30/12 | 362,500 | $0.29 | $0.29 | $0.29 | $0.29 |
| 7 | 09/01/12 | 25,000 | $0.48 | $0.48 | $0.48 | $0.48 |
| 8 | 09/11/12 | 175,000 | $0.49 | $0.49 | $0.49 | $0.49 |
| 9 | 09/27/12 | 462,500 | $0.56 | $0.56 | $0.22 | $0.56 |
| 10 | 09/28/12 | 50,000 | $0.56 | $0.56 | $0.56 | $0.56 |
| 11 | 10/09/12 | 246,717 | $0.35 | $0.35 | $0.35 | $0.35 |
| 12 | 10/12/12 | 353,088 | $0.54 | $0.54 | $0.54 | $0.54 |
| 13 | 10/16/12 | 234,412 | $0.54 | $0.54 | $0.53 | $0.53 |
| 14 | 11/13/12 | 122,833 | $0.53 | $0.53 | $0.53 | $0.53 |
| 15 | 11/28/12 | 1,681,200 | $0.54 | $0.54 | $0.54 | $0.54 |
| 16 | 12/13/12 | 1,333,334 | $0.45 | $0.45 | $0.54 | $0.54 |
| 17 | 12/27/12 | 1,333,334 | $0.29 | $0.32 | $0.29 | $0.32 |
| 18 | 01/11/13 | 888,887 | $0.50 | $0.50 | $0.29 | $0.29 |
| 19 | 01/24/13 | 444,447 | $0.29 | $0.29 | $0.29 | $0.29 |
| 20 | 01/28/13 | 1,923,898 | $0.29 | $0.29 | $0.29 | $0.29 |
| 21 | 01/29/13 | 666,667 | $0.29 | $0.29 | $0.29 | $0.29 |
| 22 | 02/14/13 | 555,553 | $0.27 | $0.27 | $0.27 | $0.27 |
| 23 | 02/15/13 | 227,780 | $0.27 | $0.27 | $0.27 | $0.27 |
| 24 | 02/26/13 | 1,433,333 | $0.27 | $0.27 | $0.27 | $0.27 |
| 25 | 03/11/13 | 1,166,667 | $0.29 | $0.29 | $0.29 | $0.29 |
| 26 | 04/12/13 | 666,667 | $0.25 | $0.25 | $0.25 | $0.25 |
| 27 | 04/23/13 | 666,667 | $0.25 | $0.25 | $0.25 | $0.25 |

18. On November 28, 2012, MMB HOLDINGS LLC and INDIEPUB ENTERTAINMENT, INC. agreed to modify the terms of options, warrants or convertibility features of the Loan and Security Agreement by, *inter alia*, reducing the exercise price at which shares could be purchased from $0.40 per share to $0.15 per share, a material amendment.

19. Under Securities and Exchange Commission rules under Section 16 of the Act, a material amendment of an outstanding option or warrant is deemed to be a cancellation of the existing option or warrant and the issuance of a new option or warrant. It is deemed to be a simultaneous sale of the shares underlying the old option or warrant and the purchase of the shares underlying the new option or warrant, the price deemed to have been paid or received on each leg of the transaction being the contemporaneous price of like shares at the time of the transaction.

20. On November 28, 2012, the open, high, low and closing prices on the open market for shares of common stock of INDIEPUB ENTERTAINMENT, INC. were all $0.54.

21. A total of 14,952,775 shares of INDIEPUB ENTERTAINMENT, INC. were deemed were to have been sold by MMB HOLDINGS LLC on November 28, 2012, at a price deemed to have been $0.54.

22. The foregoing purchases and sales may be matched against one another using the "lowest-in, highest out" method to produce profits recoverable from the defendants according to their pecuniary interests.

23. The amounts of those profits are unknown to plaintiff pending discovery but are estimated to approximate $2,000,000.

24. Such profits are recoverable on behalf of INDIEPUB ENTERTAINMENT, INC. by plaintiff as one of its shareholders, management having failed to act in its own right and for its own benefit in a timely manner.

## SECOND CLAIM FOR RELIEF

25. This Second Claim For Relief is a precaution against probable errors and omissions of details attributable to inaccuracies in the public record or the discovery of additional trades during the course of this action.

26. The defendants, acting during times not barred by the statute of limitations measured from the date of filing of this complaint, purchased and sold or sold and purchased equity securities or equity security equivalents of INDIEPUB ENTERTAINMENT, INC., including those described in the First Claim For Relief, within periods of less than six months of each other while beneficial owners of more than 10% of a class of equity security and fiduciaries of INDIEPUB ENTERTAINMENT.

27. By reason of such purchases and sales or sales and purchases of its equity securities or equity security equivalents within periods of less than six months of one another while insiders and fiduciaries of INDIEPUB ENTERTAINMENT, INC. the defendants and each of them realized profits, the exact amounts being unknown to Plaintiff, which profits inure to the benefit of, and are recoverable by Plaintiff on behalf, of INDIEPUB ENTERTAINMENT, INC.

## DEMAND FOR JURY TRIAL

28. Plaintiff respectfully demands a trial by jury on all issues so triable.

[*Remainder of page intentionally left blank.*]

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment:

a) Requiring each of the non-nominal defendants to account for and to pay over to INDIEPUB ENTERTAINMENT, INC. the short-swing profits realized and retained by him or it in violation of Section 16(b) of the Act, together with appropriate interest and the costs of this suit;

b) Awarding to Plaintiff his costs and disbursements including reasonable attorney's, accountant's, and expert witness fees; and

c) Granting to Plaintiff such other further relief as the Court may deem just and proper.

Dated: November 25, 2014
Venice, California

By:

/s/ Keenan D. Kmiec
Keenan D. Kmiec
HUNTER & KMIEC
235 Main Street, Suite 224
Venice, California 90291
Tel: (917) 859-7970
Fax: (646) 462-3356
kmiec@hunterkmiec.com

David Lopez, Esq. (*pro hac to be filed*)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, PO Box 323
Southampton, New York 11968
Tel: (631) 287-5520
Fax: (631) 283-4735
DavidLopezEsq@aol.com

*Attorneys for Plaintiff*