# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Aaron Rubenstein

Plaintiff(s)

v.

David Smith et al.,

Defendant(s).

CASE NUMBER
14 cv 9107-ODW-JC

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Lopez, David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(631) 287-5520          (631) 283-4735
*Telephone Number*     *Fax Number*

DavidLopezEsq@aol.com
*E-Mail Address*

Law Office of David Lopez
171 Edge of Woods Road
PO Box 323
Southampton, New York  11968

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Aaron Rubenstein

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Kmiec, Keenan D.
*Designee's Name (Last Name, First Name & Middle Initial)*

237327                  (917) 859-7970
*Designee's Cal. Bar Number*   *Telephone Number*

(646) 462-3356
*Fax Number*

of

Hunter & Kmiec
235 Main St. No. 224
Venice, California  90291

*Firm Name & Address*

kmiec@hunterkmiec.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**x GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated  December 23, 2014**

_____
**U.S. District Judge**