HUNTER & KMIEC
Keenan D. Kmiec, Esq. (State Bar No. 237327)
kmiec@hunterkmiec.com
235 Main Street, Suite 224
Venice, California 90291
Tel: (917) 859-7970
Fax: (646) 462-3356

LAW OFFICES OF DAVID LOPEZ
David Lopez, Esq. (*pro hac vice*)
DavidLopezEsq@aol.com
171 Edge of Woods Road, P.O. Box 323
Southampton, New York 11968
Tel: (631) 287-5520
Fax: (631) 283-4735

Attorneys for Plaintiff

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| AARON RUBENSTEIN,<br>Plaintiff,<br>– v. –<br>DAVID E. SMITH et al.,<br>Defendants,<br>– and –<br>INDIEPUB ENTERTAINMENT, INC.,<br>Nominal Defendant. | ECF CASE<br>No. 2:14-cv-9107<br><br>**PLAINTIFF'S NOTICE OF REQUEST TO CROSS-EXAMINE DEFENDANT AND DECLARANTS IN CONNECTION WITH DEFENDANTS' [SECOND] MOTION TO DISMISS**<br><br>Hearing To Be Held:<br>August 31, 2015 at 1:30 p.m.<br>Hon. Otis D. Wright, U.S.D.J. |

**To the Hon. Otis D. Wright, Defendants and Their Attorneys of Record:**

Pursuant to Local Rule 7-8, Plaintiff Aaron Rubenstein hereby provides his Notice of Request to Cross-Examine Defendant and Declarant David E. Smith, and Declarants Ray Schaaf and David C. Lee, who are not beyond the subpoena power of the Court, in connection with the Declarations filed by those individuals in (Dkt. Nos. 34-2, 34-3, and 34-4) in support of Defendants' [Second] Motion to Dismiss (Dkt. No. 34).

Dated: August 14, 2015
New York, New York

By: */s/ Miriam Tauber*

Miriam Tauber (*pro hac vice*)
885 Park Avenue No. 2A
New York, NY 10075
Tel: (323) 790-4881
MiriamTauberLaw@gmail.com

David Lopez, Esq. (*pro hac vice*)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Road, PO Box 323
Southampton, New York 11968
Tel: (631) 287-5520
Fax: (631) 283-4735
DavidLopezEsq@aol.com

Keenan D. Kmiec
HUNTER & KMIEC
235 Main Street, Suite 224
Venice, California 90291
Tel: (917) 859-7970
Fax: (646) 462-3356
kmiec@hunterkmiec.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AARON RUBENSTEIN,<br>Plaintiff,<br>v.<br>DAVID E. SMITH ; MMB HOLDINGS, LLC, and MOJOBEAR CAPITAL LLC,<br>Defendants,<br>and<br>INDIEPUB ENTERTAINMENT, INC.<br>Nominal Defendant. | ECF CASE<br>No. 2:14-cv-9107 ODW-(jc) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I caused a true and correct copy of Plaintiff's Notice of Request to Cross-Examine Defendant and Declarants to be served on Aaron M. May (Aaron.May@hymslaw), and Katherine K. Huang (Katherine.Huang@hysmlaw.com), attorneys for Defendants David E. Smith, MMB Holdings LLC, and Mojobear Capital LLC, by filing the document via the Court's ECF filing system; on Nominal Defendant indiePub Entertainment, Inc. and Declarant Ray Schaaf by mailing a copy of this Notice by first-class mail to its corporate headquarters at 11258 Cornell Park Drive, Suite 608, Blue Ash, Ohio 45242; and on Declarant David C. Lee by sending a facsimile of this Notice to his attention at Munger, Tolles & Olson LLP, (213) 687-3702.

Dated: August 14, 2015
New York, New York

*/s/ Miriam Tauber*

Miriam Tauber