KATHERINE K. HUANG (State Bar No. 219798)
AARON M. MAY (State Bar No. 207751)
HUANG YBARRA SINGER & MAY LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071-2604
Telephone: (213) 884-4900
Katherine.Huang@hysmlaw.com
Aaron.May@hysmlaw.com

Attorneys for Defendants
David E. Smith, MMB Holdings, LLC
and Mojobear Capital, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

AARON RUBENSTEIN,

Plaintiff,

vs.

DAVID E. SMITH; MMB HOLDINGS LLC; and MOJOBEAR CAPITAL LLC,

Defendants,

- and -

INDIEPUB ENTERTAINMENT, INC.,

Nominal Defendant.

CASE NO. 2:14-CV-9107-ODW-(jc)

**DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE TO CROSS-EXAMINE DEFENDANT AND DECLARANTS IN CONNECTION WITH DEFENDANTS' [SECOND] MOTION TO DISMISS**

Hearing Date: August 31, 2015
Hearing Time: 1:30 p.m.
Judge: Hon. Otis D. Wright II

Pre-Trial Conference Date: June 27, 2016
Trial Date: July 19, 2016

Defendants David E. Smith, MMB Holdings LLC, and Mojobear Capital LLC (together, "Defendants") hereby respond and object to Plaintiff Aaron Rubenstein's Notice of Request to Cross-Examine pursuant to Local Rule 7-8.

Defendants object to Plaintiff's notice to cross-examine Declarant Ray Schaaf because Mr. Schaff is a resident of the state of Nevada (Schaff Decl. at ¶ 1) and is thus beyond the subpoena power of the Court. See Fed. R. Civ. Proc. 45(c). Accordingly, Plaintiff's request to order Mr. Schaaf to appear at a hearing or a deposition should be denied.

Defendants further note that with regard to Plaintiff's notice to cross-examine all declarants this case has been pending for nearly nine months and Plaintiff has had more than a sufficient opportunity to take whatever discovery he believed he needed to establish he has Article III standing. Local Rule 7-8 was intended to address situations where an issue of fact is to be determined in a hearing that occurs very early in a case, like with a preliminary injunction or motion to be relieved for default. See L.R. 7-8. In those situations, the opposing party may not have had any opportunity to conduct discovery. That is not the situation here.

Further, Plaintiff has not proffered in his Opposition brief or in the Notice to Cross-Examine what, if anything, he thinks he will obtain from the identified witnesses and why their live testimony is needed to establish he has Article III standing to pursue this case. Without a proffer, Plaintiff has not established good cause to require these witnesses to appear on short notice and testify.

DATED: August 19, 2015

HUANG YBARRA SINGER & MAY LLP

By: */s/ Aaron M. May*
AARON M. MAY

Attorneys for Defendants
DAVID E. SMITH; MMB HOLDINGS LLC; and MOJOBEAR CAPITAL LLC