UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 14-09107-ODW | Date | August 25, 2015 |
|---|---|---|---|
| Title | *Aaron Rubenstein v. David E. Smith, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not present | | Not present | |

**Proceedings (In Chambers):**      Order [38]

    The Court **DENIES** Plaintiff's request to cross-examine declarants Ray Schaaf and C. David Lee in connection with Defendants' pending Motion to Dismiss.  The Court **GRANTS** Plaintiff's request to cross-examine declarant David E. Smith, as follows:  (1) Plaintiffs shall have ten minutes to cross-examine Smith only on issues directly relevant to the pending Motion; (2) Defendants shall, at their option, have five minutes to examine Smith for the purpose of rebuttal.  Examination beyond the scope of this Order is strictly prohibited.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |