UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-09107-ODW(JCx) | Date | August 31, 2015 |
|---|---|---|---|
| Title | Aaron Rubenstein v. David Smith et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Debra Read |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Miriam D Tauber<br>Keenan Kmiec | Aaron M May<br>Katherine Kai-yi Huang |

**Proceedings:**      EVIDENTIARY and MOTION to Dismiss [**34**]

     Case called, appearances made. A witness, Davis Smith was called, sworn and testified. The Court hears oral argument from counsel as stated on the record.

     The matter stands submitted. An order will issue.

                                                          :   33

                          Initials of Preparer       se